**Order entered March 1, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01049-CV

### LESKEL NICHOLS, Appellant

### V.

### PROGRESSIVE INSURANCE COMPANY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00690**

## ORDER

By letter filed December 8, 2020, Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, informed the Court that no record was made of either of the two hearings appellant requested, the hearing held July 20, 2020, and the hearing held November 30, 2020. In a jurisdictional letter brief filed January 21, 2021, appellant disputes that.

The Court's jurisdiction having been determined, we **ORDER** the trial court to conduct a hearing and make written findings of fact concerning whether the two

requested reporter's records exist no later than March 30, 2021. We further **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the findings no later than April 5, 2021. A supplemental reporter's record of the trial court's hearing shall also be filed no later than April 5, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court; Ms. Pitre; Ms. Reagor; and the parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal shall be reinstated no later than April 12, 2021.

/s/   KEN MOLBERG
      JUSTICE